UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 24-cv-2276

**BETWEEN:**

STRATEGIC ALTERNATIVE FUNDS GROUP LLC

**Plaintiff**

-and-

ASSET CLASS LTD
AND
ASSET CLASS SOFTWARE, INC

**Defendants**

## AFFIDAVIT OF SERVICE OF PORTIA EDWARDS

I, **Portia Edwards**, Legal Assistant of Browne Jacobson Ireland LLP, 2 Hume Street, Dublin 2, D02 FT82, being aged 18 years and upwards, **MAKE OATH** and say as follows:

1. I make this affidavit from facts within my own knowledge, save where otherwise appears, and where so appearing I believe same to be true and accurate.

2. I say that on 8 April 2024, I personally served the First-Named Defendant by delivering unto and leaving at the First-Named Defendant's registered address of 51 Bracken Road, Sandyford, Dublin, Ireland, D18 CV48, an original letter dated 8 April 2024 enclosing the following documentation in relation to the above-named proceedings:

    a) Complaint filed 27 March 2024;
    b) Summons in a Civil Action to Asset Class Ltd filed 27 March 2024;
    c) Rule 7.1 Corporate Disclosure Statement filed 26 March 2024;
    d) Initial Case Management Order filed 28 March 2024;
    e) Civil Cover Sheet filed 28 March 2024; and
    f) Individual Rules and Procedures for Civil Cases dated 25 April 2023.

3. On 8 April 2024, a copy of the aforementioned letter and enclosures were also issued to the First-Named Defendant at its aforementioned registered address, by registered post.

4. I beg to refer to a true copy of the said letter, enclosures, envelope and registered post slip, upon which marked with the letter and numbers "**PE1**", I have signed my name prior to the swearing hereof.

5. I say and believe that personal delivery of the letter and enclosures was accepted by the receptionist at the above-mentioned address.

*Portia Edwards*
**Deponent (PORTIA EDWARDS)**

**SWORN** by the said **Portia Edwards**
at Maples and Calder (Ireland) LLP
in the County of Dublin
this the 9 day of April 2024
at 10 am /~~pm~~/
before me, /~~a Commissioner for Oaths~~/
practicing solicitor

*and the deponent is personally known to me

~~*and whose identity has been established by me before the taking of this affidavit by reference to passport / driving license number _____ containing a photograph of the deponent.~~

*U. Killeen*

~~COMMISSIONER FOR OATHS~~ /
**PRACTISING SOLICITOR**

**Printed Name:**
Una Killeen

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 24-cv-2276

BETWEEN:

STRATEGIC ALTERNATIVE FUNDS GROUP LLC

**Plaintiff**

-and-

ASSET CLASS LTD
AND
ASSET CLASS SOFTWARE, INC

**Defendants**

**AFFIDAVIT OF SERVICE OF PORTIA EDWARDS**



Browne Jacobson Ireland LLP
2 Hume Street
Dublin 2
D02 FT82
www.brownejacobson.com

3

LEGAL\65095893v1

66994949v1