UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
STRATEGIC ALTERNATIVE FUNDS GROUP,                            :
LLC,                                                          :
                                        Plaintiff,            :          24 Civ. 2276 (LGS)
                                                              :
-against-                                                     :                ORDER
                                                              :
ASSET CLASS LTD,                                              :
                                        Defendants.           X
------------------------------------------------------------- 

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the initial pretrial conference in this matter is scheduled for May 15, 2024.

  WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

  **ORDERED** that the May 15, 2024, initial pretrial conference is **CANCELLED**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately so the

conference can be reinstated.  The case management plan and scheduling order will issue separately.

The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-

motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

  **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter

pursuant to Individual Rules III.A.1 and III.C.2.  It is further

  **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is

**GRANTED**.  The referral will issue in a separate order.  The parties are apprised that participation in

mediation does not provide cause to stay discovery.  The parties should be aware that the Court does not

extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 9, 2024
  New York, New York

             LORNA G. SCHOFIELD
             UNITED STATES DISTRICT JUDGE