UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
STRATEGIC ALTERNATIVE FUNDS GROUP, LLC,

                    Plaintiff,

-against-

ASSET CLASS LTD,

                    Defendants.
------------------------------------------------------------- X

24 Civ. 2276 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated July 10, 2024, directed the parties to file status letters every 30 days from the date of the Order.

WHEREAS, the parties have not filed the required status letter. It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no later than **August 15, 2024.**

Dated: August 13, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE